UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12CR0918-BEN |
|---|---|
| Plaintiff, | ORDER DIRECTING TRANSFER OF FUNDS FOR APPLICATION TO RESTITUTION |
| v. | |
| DOUGLAS McCLAIN, JR., | |
| Defendant. | |

The Court, having reviewed the Government's ex parte motion for transfer of funds for application to restitution, and good cause appearing therefor:

Accordingly, IT IS HEREBY ORDERED:

1. The United States Marshals Service shall remit to the Clerk, U.S. District Court, 333 West Broadway, Suite 420, San Diego, CA 92101, the sum of $274.52 for application to the restitution ordered as to Defendant Douglas McClain, Jr.

2. All other terms and conditions of the Court's prior orders and decisions remain in full force and effect.

//
//
//

3. The United States may take any and all actions available to it to collect and enforce the unpaid balance of the restitution judgment.

IT IS SO ORDERED.

DATED: 1/23/2020

HON. ROGER T. BENITEZ
United States District Judge