RICHARD M. BARNETT, Esq.
A Professional Law Corporation
SBN#65132
105 West F Street, 4th Floor
San Diego, CA 92101
Telephone: (619) 231-1182
email: richardmbarnett@gmail.com

Attorney for Petitioners
SCOTT A. WOLSTEIN and
RICHARD SELLERS

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12cr0918-BEN |
| Plaintiff, | |
| vs. | ORDER FOR DISTRIBUTION OF FORFEITED FUNDS |
| DOUGLAS McCLAIN, Jr. et al., | [Proposed] |
| Defendants. | |

GOOD CAUSE APPEARING, and the Court having been advised of the relevant facts:

IT IS HEREBY ORDERED that the previously entered Preliminary Order of Forfeiture in the case of <u>United States v. Douglas McClain, Jr., et al.</u>, Case number 12-cr-0918-BEN, be amended as follows:

The forfeited assets are to be distributed as follows:

1

(a) $6,813.03 in forfeited assets shall be distributed to Frances Burke;

(b) $10,143.84 in forfeited assets shall be distributed to Johan Dejager;

(c) $55,866.84 in forfeited assets shall be distributed to Steven Van Der Velden;

(d) $10,598.05 in forfeited assets shall be distributed to Rising Water;

(e) $12,717.76 in forfeited assets shall be distributed to Richard Sellers;

(f) $55,261.24 in forfeited assets shall be distributed to petitioner Scott Wolstein, and

(g) $28,838.16 in forfeited assets shall be distributed to Servicios Directivos Servia S.A. de C.V.

3. Each petitioner shall submit a completed ACH form to the United States Marshals Service to effectuate the terms of this Order for Distribution of Forfeited Funds.

4. All parties shall bear their own attorneys fees and costs.

DATED: 2/27/2010

HONORABLE ROGER T. BENITEZ
United States District Judge